**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:08CR53**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | **FINAL ORDER OF FORFEITURE** |
| **DAVID THOMPSON,** Defendant. | ) ) ) ) | |

On July 13, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts One and Two of the Bill of Indictment. In Count One the defendant was charged with knowingly possessing one or more matters, which contained any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B). In Count Two, the defendant was charged with knowingly distributing and attempting to distribute a visual depiction that had been mailed and shipped and transported in interstate commerce, and which contained materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

1

On July 18, 2009 through August 16, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

**IT IS THEREFORE ORDERED:**

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Dell laptop, Serial # 00043-729-875-336;**
**One Quantum Fireball Hard Drive 3.5 Series C/H/S14158/15/63;**
**One Western Digital Hard Rive, Serial # 138985-5153824;**
**One Seagate Hard Drive, Serial # 5L5D9YHD;**
**Numerous compact disks;**
**All seized on or about July 1, 2008.**

Signed: August 26, 2010

Richard L. Voorhees
United States District Judge